# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, D.C. KING, P.D. LOCHNER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**SALVADOR DELMONTE JR.**
**PRIVATE (E-1), U.S. MARINE CORPS**

**NMCCA 201400175**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 11 March 2014.
**Military Judge**: LtCol E.A. Harvey, USMC.
**Convening Authority**: Commanding Officer, Headquarters and Support Battalion, Marine Corps Base, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Maj B.W. Stricker, USMC.
**For Appellant**: CDR Boyce Crocker, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**28 August 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court